# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ADP, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| UNILOC LUXEMBOURG S.A., and § | |
| UNILOC USA, INC., § | |
| § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO FILE COMPLAINT UNDER SEAL

Before the Court is Plaintiff ADP, LLC's Motion to File Complaint Under Seal. After consideration of same, the Court finds that said Motion shall be GRANTED and Plaintiff ADP, LLC's Complaint against Defendants Uniloc Luxembourg S.A. and Uniloc USA, Inc. shall hereby be FILED UNDER SEAL by the Court clerk.