IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ADP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNILOC LUXEMBOURG S.A., UNILOC USA INC, <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 5:19-CV-00015-RWS |

## ORDER

Before the Court is Plaintiff ADP, LLC's Motion to File Complaint Under Seal (Docket No. 2). After consideration, the Court finds that the Motion shall be, and is hereby, **GRANTED**.

**SIGNED this 11th day of February, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE